UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: JOSEPH & NORINSBERG LLC - 2537

RICHARD SCOTT

Plaintiff(s)

Index #: 1:17-CV-10223-JGK

- against -

Date Filed:

PA AUSTIN, LLC D/B/A PARTS AUTHORITY, INC. AND ROBERT POSMA, INDIVIDUALLY

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 25, 2018 at 03:24 PM at

211-10 HILLSIDE AVENUE
QUEENS, NY 11427

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on PA AUSTIN, LLC D/B/A PARTS AUTHORITY, INC., the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to MR. ARVIN personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BALD | 54 | 5'6 | 160 |

Sworn to me on: January 25, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**CECIL HOLLOWAY**
License #: 1104105
Docket #:    *1057685*